IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-12-D-1
NO. 5:16-CR-12-D-4
NO. 5:16-CR-12-D-5
NO. 5:16-CR-12-D-6
NO. 5:16-CR-12-D-8
NO. 5:16-CR-12-D-9
NO. 5:16-CR-12-D-10
NO. 5:16-CR-12-D-11
NO. 5:16-CR-12-D-12

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DEMETRICE REGUS DEVINE | ) | |
| DONTAOUS DEMOND DEVINE | ) | |
| DEMETRIUS DESHAUN TONEY | ) | |
| BRANDON JOWAN MANGUM | ) | |
| CLEVELAND MCNAIR | ) | |
| CHRISTOPHER DARNELL EVANS | ) | |
| BRENDA JOYCE BROWN | ) | |
| KATHERINE VICTORIA GAST | ) | |
| SHAIONA MARIE SMITH | ) | |

This matter comes now before this Court upon motion by the United States, by and through the United States Attorney, for an order setting pre-trial scheduling dates in the above captioned case.

For good cause shown, the motion is GRANTED. In accordance with the proposed schedule, the deadlines in this matter SHALL BE:

| Event | Date |
|---|---|
| Pre-trial Motions | July 3, 2017 |
| Pre-trial Motion Responses | July 24, 2017 |

| | |
|---|---|
| Status Conference | July 31, 2017 |
| Arraignment and Trial Date(s) | To be determined at the scheduling conference on July 31, 2017 |

For good cause shown, all time from the date of this order until the date of the status conference is excluded in computing the time within which the trial must commence pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (h)(7)(B)(ii). The ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Additionally, this case is also so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the usual time limits. 18 U.S.C. § 3161(h)(7)(B)(ii).

SO ORDERED, this __8__ day of __March__, 2017.

_____
JAMES C. DEVER III
Chief United States District Judge