UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00012-D-9
NO. 5:16-CR-00012-D-11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CHRISTOPHER DARNELL EVANS | ) | |
| KATHERINE VICTORIA GAST | ) | |

This matter comes now before this Court upon motion by the United States, by and through the United States Attorney, for an order terminating the scheduling of the status conferences in the above-captioned cases.

For good cause shown, and for the reasons stated in the Government's Motion, the Motion is GRANTED.

The Court hereby ORDERS that the status conferences for the above-captioned defendants be terminated.

This the __21__ day of __September__, 2017

_____
JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE