IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-12-D-9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER EVANS | ) | |

Before the Court is Defendant's motion to seal the Exhibit (DE 944) submitted in support of his supplement to his motion for compassionate release. The Court finds that the Exhibit contain sensitive personal health information and that the subject of those records has a legitimate interest in maintaining the privacy of those records. The Court finds there is no reasonable alternative to sealing. The Court finds that the legitimate interest of protecting personal health information outweighs any right that the public may have in the information contained in the Exhibit.

THEREFORE, the Motion to Seal is GRANTED. The Clerk is ORDERED to maintain DE 944 seal.

SO ORDERED, this 8 day of March, 2021.

James C. Dever III
United States District Judge